DATE:  January 7, 2025

The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. *Wei Zeng, et al.*
   *v. Charles Wang*
   Record No. 0523-23-4
   Opinion rendered by Judge Friedman on
   October 8, 2024

2. *Wesley Shifflett*
   *v. Brian J. Hill, et al.*
   Record No. 1357-23-4
   Opinion rendered by Judge Lorish on
   October 15, 2024

3. *Tysons Corner Hotel Plaza LLC*
   *v. Fairfax County*
   Record No. 1655-23-4
   Opinion rendered by Senior Judge Annunziata on
   October 29, 2024

4. *Rasheem Watts*
   *v. Commonwealth of Virginia*
   Record No. 1132-22-1
   En banc opinion rendered by Judge Chaney on
   November 6, 2024

5. *D'Andre Davon Ballard*
   *v. Commonwealth of Virginia*
   Record No. 1698-23-1
   Opinion rendered by Judge Lorish on
   November 6, 2024

6. *Commonwealth of Virginia, Department of Taxation*
   *v. FJ Management, Inc., d/b/a FJI, Inc.*
   Record No. 0701-23-2
   Opinion rendered by Judge Callins
   on November 12, 2024

7.  *Demetrius Lamar Bazemore*
    *v. Commonwealth of Virginia*
    Record No. 0031-24-1
    Opinion rendered by Judge Beales
    on November 12, 2024

8.  *Maurice Tirrell Williams*
    *v. Commonwealth of Virginia*
    Record No. 1441-23-1
    Opinion rendered by Chief Judge Decker
    on November 19, 2024

9.  *Joseph Campbell, et al.*
    *v. Groundworks Operations, LLC, et al.*
    Record No. 1476-23-4
    Opinion rendered by Senior Judge Annunziata
    on November 19, 2024

10. *Erica Rakia Evans*
    *v. Commonwealth of Virginia*
    Record No. 1996-23-1
    Opinion rendered by Judge Raphael
    on November 19, 2024

11. *Ted Anthony Jennings, Jr.*
    *v. Commonwealth of Virginia*
    Record No. 1407-22-3
    En banc opinion rendered by Judge Lorish on
    December 3, 2024

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. *Marco Antonio Martinez Ayala*
    *v. Commonwealth of Virginia*
    Record No. 0748-22-2
    Opinion rendered by Chief Judge Decker
       on October 13, 2023*
    Refused (240501)

2. *Tara Ann Baez*
    *v. Commonwealth of Virginia*
    Record No. 0073-23-3
    Opinion rendered by Judge Fulton
       on November 14, 2023
    Affirmed by opinion rendered on December 19, 2024 (230899)

3. *Patrick Austin Carolino*
    *v. Commonwealth of Virginia*
    Record No. 1270-21-1
    En banc opinion rendered by Judge Friedman
       on November 28, 2023
    Judgment of Court of Appeals reversed and final judgment entered reinstating
       conviction by opinion rendered on December 12, 2024 (230945)

4. *Dustin Lee Hamilton*
    *v. Commonwealth of Virginia*
    Record No. 1367-22-1
    Opinion rendered by Judge Beales
       on February 6, 2024
    Refused (240267)

5. *Michael R. Agnew, et al.*
    *v. United Leasing Corporation*
    Record No. 1724-22-1
    Opinion rendered by Judge Malveaux
       on April 30, 2024
    Refused (240579)

6. *Michael Jason Drexel*
    *v. Commonwealth of Virginia*
    Record No. 1805-22-4
    Opinion rendered by Chief Judge Decker
       on May 7, 2024
    Refused (240513)

*Delayed appeal awarded by Supreme Court of Virginia on April 23, 2024

7. *Brian Edward Sheets*
    *v. Commonwealth of Virginia*
    Record No. 0081-23-3
    Opinion rendered by Judge Beales
     on May 7, 2024
    Refused (240473)

8. *City of Emporia*
    *v. County of Greensville*
    Record No. 0792-23-2
    Opinion rendered by Judge AtLee
     on June 11, 2024
    Refused (240608)

The Supreme Court issued opinions in the following cases, which had been appealed from this Court:

1. *Junior Josephson*
   *v. Commonwealth of Virginia*
   Record No. 2001-22-4
   Order dismissing appeal by Judges Huff, Athey and Causey on September 27, 2023
   Judgment of Court of Appeals affirmed by opinion rendered on December 12, 2024
   (230856)

2. *Bon Secours-DePaul Medical Center, t/a DePaul Medical Center, et al.*
   *v. Vasilia C. Rogakos Russell, etc.*
   Record No. 1134-22-1
   Memorandum opinion rendered by Judge Callins on October 31, 2023
   Judgment of Court of Appeals affirmed by opinion rendered on January 2, 2025
   (230879)